DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL TORRES-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL TORRES-LOPEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:06-cr-00351 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON <br><br> Date: January 30, 2007 <br> Time: 9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 9, 2007, may be continued to January 30, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation prior to hearing.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

<pre>
                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: January 3, 2007              By:  /s/ Steven M. Crass
                                          STEVEN M. CRASS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Public Defender

DATED: January 3, 2007              By:  /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          Manuel Torres-Lopez
</pre>

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 5, 2007**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE