DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL TORRES-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00351 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING DATE AND ORDER |
| v. ) | THEREON |
| ) | |
| MANUEL TORRES-LOPEZ, ) | Date:  February 5, 2007 |
| ) | Time:  9:00 A.M. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 30, 2007, may be continued to February 5, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation prior to hearing.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2007        By: /s/ Steven M. Crass
                                   STEVEN M. CRASS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: January 24, 2007        By: /s/ Francine Zepeda
                                   FRANCINE ZEPEDA
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   Manuel Torres-Lopez

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 26, 2007**           /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

2