DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL TORRES-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>         *Plaintiff,*  <br>    v.  <br>MANUEL TORRES-LOPEZ,  <br>         *Defendant.* | No. 1:06-cr-00351 OWW  <br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON  <br>Date:  March 6, 2007  <br>Time:  9:00 A.M.  <br>Judge: Hon. Oliver W. Wanger |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for February 20, 2007, may be continued to March 6, 2007, at the hour of 9:00 A.M.**

   This continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation prior to hearing.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: February 15, 2007       By: /s/ Steven M. Crass
                                   STEVEN M. CRASS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: February 15, 2007       By: /s/ Francine Zepeda
                                   FRANCINE ZEPEDA
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   Manuel Torres-Lopez

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 15, 2007**            /s/ **Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE